1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY LEE SLOAN,                        1:13-cv-0124-GSA (PC)

12                   Plaintiff,              ORDER TRANSFERRING CASE TO THE
                                             NORTHERN DISTRICT OF CALIFORNIA
13          vs.

14   DEPARTMENT OF CORRECTIONS,
     et al.,
15
                     Defendants.
16   _____/

17          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to

18   42 U.S.C.  § 1983.

19          The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

21   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

22   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

23   is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

24   which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

25          In this case, the claim arose at Salinas Valley State Prison in Monterey County, which is in

26   the Northern District of California, and a majority of the named defendants are prison officials

27   employed at Salinas Valley State Prison.  Therefore, plaintiff's case should have been filed in the

28   United States District Court for the Northern District of California.  In the interest of justice, a

                                              –1–

1  federal court may transfer a complaint filed in the wrong district to the correct district.  See 28

2  U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4  District Court for the Northern District of California.

5       IT IS SO ORDERED.

6  **Dated:**   **January 31, 2013**            **/s/ Gary S. Austin**

                                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28